[No. 1313-3.   Division Three.   June 23, 1976.]

HURD BROS., INC., *Appellant*, v. INDUSTRIAL INSTRUMENT SUPPLY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 56194, Bruce P. Hanson, J., entered September 27, 1974. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 1948-3.   Division Three.   June 24, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. MIKEL ADNEY BOYER, *Defendant*, SPOKANE LEGAL SERVICES, ET AL, *Petitioners*, B. J. McLEAN, *Judge of the Superior Court for Pend Oreille County, Respondent*.

Application filed in the Court of Appeals April 13, 1976, for a writ of prohibition. *Granted* by unpublished per curiam opinion.

[No. 1493-2.   Division Two.   June 25, 1976.]

PETER G. BIRMINGHAM, ET AL, *Appellants*, v. BILLY A. BECK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 62174, Jay W. Hamilton, Jr., entered May 24, 1974. *Affirmed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.

[No. 1630-2.   Division Two.   June 28, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WILLIAM BLAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1352, Jay W. Hamilton, J., entered September 12, 1974. *Reversed* by unpublished opinion per Petrie, C.J., concurred in by Pearson and Reed, JJ.